

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00641-CV

Robert **MARX** and Debbie MARX,
Appellants

v.

**FDP, LP**,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 12-03-0101-CVW
Honorable Stella Saxon, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of this appeal are taxed against Appellants Robert and Debbie Marx.

SIGNED August 19, 2015.

_____
Patricia O. Alvarez, Justice